_____

No. 95-2278WM
_____

Carolyn C. Stroer,                    *
                                      *
            Appellant,                *
                                      *   Appeal from the United States
     v.                               *   District Court for the Western
                                      *   District of Missouri.
Shirley S. Chater, Commissioner *
of the Social Security                *   [UNPUBLISHED]
Administration,                       *
                                      *
            Appellee.                 *
                        _____

            Submitted:  January 5, 1996

              Filed:  January 19, 1996
                        _____

Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                        _____

PER CURIAM.

     Carolyn C. Stroer appeals the district court's grant of
summary judgment affirming the Commissioner of Social Security's
decision to deny Stroer disability insurance benefits and
supplemental security income.  We affirm.

     The Administrative Law Judge (ALJ) found Stroer's complaints
of fatigue and associated functional limitations resulting from
childhood polio somewhat incredible because of inconsistencies in
her testimony about her reported activities.  Having reviewed the
record, we conclude the ALJ properly considered the criteria in
Polaski v. Heckler, 739 F.2d 1320, 1322 (8th Cir. 1984) (later
history omitted), in discounting Stroer's subjective complaints and
exertional limitations.  We believe the ALJ properly formulated the
hypothetical question including only those impairments and
resulting limitations found to be credible.  See Rappoport v.

_Sullivan_, 942 F.2d 1320, 1323-24 (8th Cir. 1991) (hypothetical question need only include claimant's limitations found credible). The evidence also supports the ALJ's hypothetical supposition that Stroer possessed the ability to do very light work if provided an opportunity to sit frequently. Considering the evidence that supports and detracts from the ALJ's decision, we conclude the decision is supported by substantial evidence in the record as a whole. _See_ _Robinson v. Sullivan_, 956 F.2d 836, 838 (8th Cir. 1992).

We also conclude Stroer has not established she was denied due process because the district court used a summary-style opinion. The district court stated it had "reviewed the parties' briefs, the decision of the ALJ, the transcript of the hearing and the additional medical and documentary evidence." The district court's use of identical language in other orders does not imply that it "rubber stamped" the agency's decision.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.